# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0741
Lower Tribunal No. 2014-DR-003492-O

_____

SUSAN LANE,

Appellant,

v.

MATTHEW TODD CROFTON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Deen, Judge.

September 30, 2025

PER CURIAM.

    AFFIRMED.

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.


Susan Lane, Crystal Beach, pro se.

Andrew T. Windle, of The Windle Family Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED